UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| JAMES C. JUSTICE COMPANIES, INC., SOUTHERN COAL CORPORATION, SOUTHERN COAL SALES CORPORATION, VIRGINIA FUEL CORPORATION, KENTUCKY FUEL CORPORATION, TAMS MANAGEMENT, INC., A & G COAL CORPORATION, BLACK RIVER COAL, LLC, JUSTICE LOW SEAM MINING, INC. and SEQUOIA ENERGY, LLC,<br><br>Plaintiffs,<br>v.<br><br>XCOAL ENERGY & RESOURCES, XCOAL ENERGY & RESOURCES, LLC and ERNIE L. THRASHER,<br><br>Defendants. | Case No. 7:12-cv-00265-JCT<br><br>Hon. James C. Turk |

## STIPULATION OF DISMISSAL

The parties, by undersigned counsel, having executed and entered into mutually agreed upon settlement agreements and related documents, and in consideration thereof having resolved all claims and counterclaims respectively between them, hereby STIPULATE that this civil action be DISMISSED with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

PLAINTIFFS, by counsel

_____
Allen W. ("A.J.") Dudley, Jr.
*Counsel for Plaintiffs*

DEFENDANTS, by counsel

_____
Bruce A. Americus
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

On this 29th day of August, 2013, the foregoing was filed with the CM/ECF system which will send notice of filing to all counsel of record who are certified for electronic filing.

By: /s/ Allen W. Dudley, Jr.