CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

AUG 30 2013

JULIA C. DUDLEY, CLERK
BY:
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| SOUTHERN COAL SALES CORP., et al. | |
| Plaintiffs/Counter-defendants, | Case No.: 7:12-cv-00265-JCT |
| v. | **FINAL ORDER** |
| XCOAL ENERGY & RESOURCES, | |
| Defendant/Counter-plaintiff, | By: Hon. James C. Turk<br>Senior United States District Judge |
| and XCOAL ENERGY & RESOURCES, LLC, and ERNIE THRASHER, | |
| Defendants. | |

Per the stipulation of dismissal filed under Fed. R. Civ. P. 41(a)(1)(ii) on August 29, 2013, it is hereby **ORDERED** that this civil action be **DISMISSED WITH PREJUDICE**. The case shall be stricken from the active docket of the Court.

The Clerk is directed to send copies of this Order to all counsel of record.

ENTER: This 30th day of August, 2013.

*James C. Turk*
James C. Turk
Senior United States District Judge